**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR. in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,
Plaintiffs,

v.

SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION,
Defendant.

C.A. No.

CA 05 054ML

**COMPLAINT**

Introduction

1. This is an action to compel payments of contributions, interest, and penalties to employee benefit plans, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq.



(1)

Parties and Jurisdiction

2. Plaintiff International Union of Operating Engineers Local 57 Pension Fund ("Pension Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

3. Plaintiff International Union of Operating Engineers Local 57 Annuity Fund ("Annuity Fund" or "the Funds") is an employee pension plan within the meaning of ERISA, 29 U.S.C. §1002(2).

4. Plaintiff International Union of Operating Engineers Local 57 Legal Service Fund ("Legal Service Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

5. Plaintiff International Union of Operating Engineers Local 57 Health and Welfare Fund ("Health Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

6. Plaintiff G. Chandler Beals is the Administrator of the Pension Fund, Annuity Fund, Legal Service Fund, and the Health Fund.

7. Plaintiff International Union of Operating Engineers Local 57 Apprenticeship and Skill Improvement Program ("Apprenticeship Fund" or "the Funds") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

8. Plaintiff Bernard E. Treml, Jr. is the Administrator of the Apprenticeship Fund.

9. Plaintiff Local 57 Labor Management Unified Trust Fund ("Trust Fund" or "the Funds") is a labor-management committee within the meaning of the Labor Management Relations

Act, 29 U.S.C. §186(c)(9) and is deemed an employee welfare benefit pursuant to ERISA, 29 U.S.C. §1002(1)(B).

10. Defendant Spencer, White & Prentis Foundation Corporation ("Spencer, White & Prentis") is a corporation organized under the laws of the State of Florida.

11. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e)(2).

12. Venue is proper in the District of Rhode Island, pursuant to 28 U.S.C. §1391(b), in that the claims arose in this District, and Plaintiffs have their principal place of business in this District.

## Facts

13. The Funds were established to provide various types of benefits, including retirement, medical, and employment training, for members of IUOE Local 57 Operating Engineers ("Local 57"). The Funds are administered by Boards of Trustees consisting of management and union trustees.

14. Benefits as aforesaid are financed in part by employer contributions. The contribution rate is set by the collective bargaining agreement ("CBA") between Local 57 and each employer.

15. The rights and obligations of the Plaintiff Funds and the defendant are set forth in the CBA and in the Agreement and Declaration of Trust ("Trust Agreement").

16. The CBA and the Trust Agreement provide, in relevant part, that the defendant shall submit timely payroll reports of contributions, promptly pay contributions, and pay penalties and interest when in default.

17. Defendant Spencer, White & Prentis is party to a CBA which provides, in relevant part, that it shall comply with the terms of the CBA and the Trust Agreement as aforesaid.

18. Notwithstanding the aforesaid obligations, defendant has:

(a) Failed to make contributions to the Funds on behalf of certain Local 57 members for the period of June, 2004 through the present;

(b) Failed to make timely contributions to the Funds for the period of June, 2004 through the present; and

(c) Otherwise failed to comply with the terms and conditions of the CBA and the Trust Agreement.

19. By the aforesaid acts and omissions, the defendant has violated ERISA, 29 U.S.C. §1132(a)(3) and §1145.

WHEREFORE, Plaintiffs pray that this Honorable Court:

(a) Award Plaintiff Funds the unpaid contributions, interest on the unpaid contributions, liquidated damages, punitive damages and attorneys' fees and costs, pursuant to 29 U.S.C. § 1132(g)(2); and

(b) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth A. Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
18 Imperial Place, Suite 1D
Providence, RI 02903
Tel. (401) 454-7400
Fax (401) 6218553

Dated: February 9, 2005