**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, ET. AL. *Plaintiffs,* | : | |
| v. | : | C.A. No. 05-054ML |
| SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION, *Defendant.* | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
(401)294-4700
(401)294-4702



2

Dated: March 8, 2005

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Brian M. Larue at 5812 Whirlaway Road, Palm Beach Gardens, FL 33418 on this 9th day of March, 2005.

Kerrie L Karwoski