**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, ET. AL. *Plaintiffs,* | : | |
| v. | : | C.A. No. 05-054ML |
| SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION, *Defendant.* | : | |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.
2. The Complaint in this case was filed on February 10, 2005. Defendant, through its president, Brian Larue, was served via certified mail with a summons and a copy of the Complaint on February 17, 2005. A copy of the certified mail receipt is attached hereto.
3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.



3

4. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: March 9, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

E. Wiens

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 9th day of March, 2005.

Kathleen Sullivan

Notary Public

My commission expires on: 4/25/05

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Brian M. Larue at 5812 Whirlaway Road, Palm Beach Gardens, FL 33418 on this 9 day of March, 2005.

AO 440 (Rev. 10/93) Summons in a Civil Action 7003 1010 0002 3379 3298

# UNITED STATES DISTRICT COURT

District of Rhode Island

IUOE Local 57 Pension Fund, et. al.

V.

Spencer, White & Prentis Found. Corp

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 054 ML

TO: (Name and address of Defendant)

Brian M. Larue, R/A/S & PCDT
Spencer White & Prentis
5812 Windaway Rd.
Palm Beach Gardens, FL 33418

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth A. Wiens, Esq.
Gursky Law Associates
18 Imperial Place, Suite 1D
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Burke
Chief Deputy Clerk

CLERK

DATE 2-10-05

(By) DEPUTY CLERK

7003 1010 0002 3379 3298

7003 1010 0002 3379 3298

U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Spencer White

Street, Apt. No., or PO Box No.: 5812 Whirlaway Rd.

City, State, ZIP+4: Palm Beach Gardens, FL

PS Form 3800, June 2002 — See Reverse for Instructions