**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, ET. AL.<br>*Plaintiffs,* | : | |
| v. | : | C.A. No. 05-054ML |
| SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION,<br>*Defendant.* | : | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorney, and requests that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought in the amount of $41,507.92.

In support of this Motion, Plaintiffs rely upon the Affidavit of Wayne Sollars and Exhibit 1, filed contemporaneously herein.



5

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc B. Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401)294-4700
Fax.(401)294-4702

Dated: March 25, 2005

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Brian M. Larue at 5812 Whirlaway Road, Palm Beach Gardens, FL 33418 on this 25th day of March, 2005.