**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, ET. AL.
*Plaintiffs,*

v. C.A. No. 05-054ML

SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION,
*Defendant.*

**AFFIDAVIT OF WAYNE SOLLARS IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

I, Wayne Sollars, being first duly sworn, depose and state as follows:

1. I am the Assistant Administrator to the International Union of Operating Engineers ("IUOE") Local 57 Benefit Funds (collectively referred to as "the Funds"). The Funds are joint labor-management employee pension and benefits plans which provide retirement, health, vacation and other benefits to IOUE Local 57 ("Local 57").

2. Defendant is party to a collective bargaining agreement which requires it to make contributions to the Funds based on hours worked for Defendant by members of Local 57 as well as other employees covered by the collective bargaining agreement.



6

3. Contributions to the Funds are due by the 20th of the month following the month in which the work was performed. During the period June to September, 2003, Defendant failed to make any payments to the Funds.

4. On or about September 16, 2003, Defendant made a partial payment to the Funds of $1,688.31.

5. Defendant still owes contributions in the amount of $26,588.62.

6. Pursuant to the Trust Agreement(s), interest is accrued at a rate of 1.5% per month. Accordingly, interest on the delinquent contributions is $7502.67. See Exhibit 1.

7. Pursuant to the Trust Agreement(s) and the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132 and 1145, a penalty of 20% must be imposed on all delinquent contributions. Penalties are in the amount of $5655.39.

8. The Funds have thus far expended costs in the amount of $250.00 and counsel fees in the amount of $1511.25 in prosecuting this action.

9. In light of the foregoing figures, Plaintiffs request that the Court enter judgment in the amount of $41,507.92.

10. The foregoing is true and correct to the best of my knowledge.

Dated: 3-22-05

I, Wayne Sollars, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Wayne Sollars

Wayne Sollars

Subscribed and sworn to before me, by Wayne Sollars, this 22nd day of March, 2005.

Ann Crowley

NOTARY PUBLIC
My commission expires on: 6/23/05

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail to Brian M. Larue at 5812 Whirlaway Road, Palm Beach Gardens, FL 33418 on this 25th day of March, 2005.

Kerrie L Karneski

# EXHIBIT 1

**Spencer, White Prentis**

# SUMMARY OF CLAIM

**As of 3/17/05**

| MONTH | DUE DATE | HOURS | HOURLY RATE | CONTRIB. OWED | INTEREST RATE | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Pension** | | | | | |
| Jul. 03 | 8/20/03 | 516 | $4.17 | $2,151.72 | 18.0% | 575 | $610.15 | $430.34 | |
| Aug. 03 | 9/20/03 | 647.5 | $4.17 | $2,700.08 | 18.0% | 544 | $724.36 | $540.02 | |
| Sept. 03 | 10/20/03 | 525 | $4.17 | $2,189.25 | 18.0% | 514 | $554.93 | $437.85 | |
| Oct. 03 | 11/20/03 | 372 | $4.17 | $1,551.24 | 18.0% | 483 | $369.49 | $310.25 | |
| | | | | $8,592.29 | | | $2,258.93 | $1,718.46 | |
| | | | | **Annuity** | | | | | |
| Jul. 03 | 8/20/03 | 516 | $3.25 | $1,677.00 | 18.0% | 575 | $475.53 | $335.40 | |
| Aug. 03 | 9/20/03 | 647.5 | $3.25 | $2,104.38 | 18.0% | 544 | $564.55 | $420.88 | |
| Sept. 03 | 10/20/03 | 525 | $3.25 | $1,706.25 | 18.0% | 514 | $432.50 | $341.25 | |
| Oct. 03 | 11/20/03 | 372 | $3.25 | $1,209.00 | 18.0% | 483 | $287.97 | $241.80 | |
| | | | | $6,696.63 | | | $1,760.56 | $1,339.33 | |
| | | | | **H & W** | | | | | |
| Jul. 03 | 8/20/03 | 516 | $5.43 | $2,801.88 | 18.0% | 575 | $794.51 | $560.38 | |
| Aug. 03 | 9/20/03 | 647.5 | $5.43 | $3,515.93 | 18.0% | 544 | $943.23 | $703.19 | |
| Sept. 03 | 10/20/03 | 525 | $5.43 | $2,850.75 | 18.0% | 514 | $722.61 | $570.15 | |
| Oct. 03 | 11/20/03 | 372 | $5.43 | $2,019.96 | 18.0% | 483 | $481.14 | | |
| | | | | $11,188.52 | | | $2,941.48 | $2,237.70 | |
| | | | | **Apprenticeship** | | | | | |
| Jul. 03 | 8/20/03 | 516 | $0.40 | $206.40 | 18.0% | 575 | $58.53 | $41.28 | |
| Aug. 03 | 9/20/03 | 647.5 | $0.40 | $259.00 | 18.0% | 544 | $69.48 | $51.80 | |
| Sept. 03 | 10/20/03 | 525 | $0.40 | $210.00 | 18.0% | 514 | $53.23 | $42.00 | |
| Oct. 03 | 11/20/03 | 372 | $0.40 | $148.80 | 18.0% | 483 | $35.44 | | |
| | | | | $712.40 | | | $216.68 | $142.48 | |
| | | | | **Legal Service Fund** | | | | | |
| Jul. 03 | 8/20/03 | 516 | $0.10 | $51.60 | 18.0% | 575 | $14.63 | $10.32 | |
| Aug. 03 | 9/20/03 | 647.5 | $0.10 | $64.75 | 18.0% | 544 | $17.37 | $12.95 | |
| Sept. 03 | 10/20/03 | 525 | $0.10 | $52.50 | 18.0% | 514 | $13.31 | $10.50 | |
| Oct. 03 | 11/20/03 | 372 | $0.10 | $37.20 | 18.0% | 483 | $8.86 | $7.44 | |
| | | | | $205.85 | | | $54.17 | $41.17 | |

**Spencer, White Prentis**

# SUMMARY OF CLAIM

**As of 3/17/05**

| MONTH | DUE DATE | HOURS | HOURLY RATE | CONTRIB. OWED | INTEREST RATE | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Unified Trust Fund** | | | | | |
| Jul. 03 | 8/20/03 | 516 | $0.50 | $258.00 | 18.0% | 575 | $73.16 | $51.60 | |
| Aug. 03 | 9/20/03 | 647.5 | $0.50 | $323.75 | 18.0% | 544 | $86.85 | $64.75 | |
| Sept. 03 | 10/20/03 | 525 | $0.50 | $262.50 | 18.0% | 514 | $66.54 | $52.50 | |
| Oct. 03 | 11/20/03 | 372 | $0.50 | $186.00 | 18.0% | 483 | $44.30 | $37.20 | |
| | | | | $881.25 | | | $270.85 | $176.25 | |
| **AMOUNT PAID** | | | | $1,688.31 | | | | | |
| **SubTotal** | | | | $26,588.62 | | | $7,502.67 | $5,655.39 | $39,746.67 |
| **Attorneys** | | **Fees** | | | | | | | $1,511.25 |
| **Costs** | | | | | | | | | $250.00 |
| **TOTAL** | | **OWED** | | | | | | | $41,507.92 |