# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 PENSION FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57ANNUITY FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 LEGAL SERVICE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 HEALTH & WELFARE FUND, and G. CHANDLER BEALS, in his official capacity as Administrator; LOCAL 57 APPRENTICESHIP & SKILL IMPROVEMENT PROGRAM, and BERNARD E. TREML, JR., in his official capacity as Administrator; and LOCAL 57 LABOR MANAGEMENT UNIFIED TRUST FUND,**
**Plaintiffs,**

**V.** **C.A. N0. 05-054ML**

**SPENCER, WHITE & PRENTIS FOUNDATION CORPORATION,**
**Defendant**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. The issues have been addressed and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the plaintiffs against the defendant in the amount of <u>$41,507.92</u>, pursuant to the Order dated April 19, 2005, granting the plaintiffs' Motion for Entry of Judgment by Default.**

Enter:

Deputy Clerk

DATED: **April 20, 2005**

8